THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Timothy
 Meadows, Appellant.
 
 
 

Appeal From Lexington County
 Marc H. Westbrook, Circuit Court Judge
Unpublished Opinion No. 2008-UP-495
Submitted September 2, 2008  Filed
 September 4, 2008   
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Donald V. Myers, of Lexington; for Respondent.
 
 
 

PER CURIAM: Timothy Meadows appeals his conviction and sentence
 for second-degree criminal sexual conduct with a minor, arguing the trial court
 erred in denying his motion for a directed verdict
 where there was insufficient evidence of guilt.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Meadows appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
SHORT,
 THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.